# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Better Housing Foundation, an Ohio not for profit corporation; Lindran Properties, LLC, an Illinois limited liability company; BHF Chicago Housing Group B LLC, an Illinois limited liability company; and BHF Chicago Housing Group C LLC, an Illinois limited liability company,<br><br>   Plaintiffs,<br><br>v.<br><br>L. Mark DeAngelis, an individual; Integrus Realty Group, LLC, an Illinois limited liability company; and Desak Development Corp., an Illinois corporation,<br><br>   Defendants. | Case Number: 1:18-cv-07070<br><br>Judge Charles R. Norgle, Sr.<br><br>**JURY DEMAND** |

## EXHIBIT A

Dated: January 24, 2019

Better Housing Foundation, an Ohio not for profit corporation; Lindran Properties, LLC, an Illinois limited liability company; BHF Chicago Housing Group B LLC, an Illinois limited liability company; and BHF Chicago Housing Group C LLC, an Illinois limited liability company,

   Plaintiffs,

By: */s/ Phillip N. Coover*
  Phillip N. Coover (ARDC # 6292602)
  Christopher Hopkins (ARDC # 6313066)
  CLARK HILL PLC
  130 E. Randolph St., Ste. 3900
  Chicago, IL 60601
  Telephone: (312) 360-2500
  pcoover@clarkhill.com
  chopkins@clarkhill.com
  ATTORNEYS FOR PLAINTIFFS

220491513.1 95897/337723

**PORTFOLIO A**
**List of Properties**

ADDRESS: 7250 South Shore Drive, Chicago, IL
NO. OF UNITS: 28 units

ADDRESS: 7800 South Shore Drive, Chicago, IL
NO. OF UNITS: 31 units

ADDRESS: 7719 South Yates Boulevard, Chicago, IL
NO. OF UNITS: 13 units

ADDRESS: 2025 East 72nd Street, Chicago, IL
NO. OF UNITS: 18 units

ADDRESS 2050 East 72nd Place, Chicago, IL
NO. OF UNITS: 18 units

ADDRESS: 6804 South Cregier Avenue, Chicago, IL
NO. OF UNITS: 26 units

ADDRESS: 7657 South East End Avenue, Chicago, IL
NO. OF UNITS: 17 units

ADDRESS: 1516 East 70th Street, Chicago, IL
NO. OF UNITS: 8 units

ADDRESS: 7940 South Greenwood Avenue, Chicago, IL
NO. OF UNITS: 36 units

ADDRESS: 7500 South Cottage Grove Avenue, Chicago,
NO. OF UNITS: 14 units

ADDRESS: 7451 South Eberhart Avenue, Chicago, IL
NO. OF UNITS: 19 units

ADDRESS: 6752 South Michigan Avenue, Chicago, IL
NO. OF UNITS: 30 units

ADDRESS: 235 East I 15th Street, Chicago, IL
NO. OF UNITS: 4 units